UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TENESIA McCARY,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>   Defendant. | Case No. CV 07-04025 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

DATED: April 15, 2008

/ s /
_____
ANDREW J. WISTRICH
United States Magistrate Judge